ELMIRA E. VAN INWEGEN, as Administratrix of the Estate of
BENJAMIN H. VAN INWEGEN, Deceased, Respondent, *v.*
ERIE RAILROAD COMPANY, Appellant.

*Van Inwegen* v. *Erie R. R. Co.*, 126 App. Div. 297, affirmed.
(Argued December 16, 1908; decided January 12, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
May 18, 1908, affirming a judgment in favor of plaintiff

entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have ocurred through defendant's negligence.

*Henry Bacon* for appellant.

*Lewis E. Carr* and *Abram F. Servin* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, WERNER, HISCOCK and CHASE, JJ.   Not sitting: VANN, J.